## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JIBREEL LEWIS,                          :        No. 4:25cv2120

                    Plaintiff           :        (Judge Munley)

        v.                              :

THOMAS S. MCGINLEY, et al.,             :

                    Defendants          :

## ORDER

**AND NOW**, to wit, this ____ day of March 2026, upon consideration of defendants' motion (Doc. 7) to dismiss, and for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that:

1.  The unopposed motion (Doc. 7) to dismiss is **GRANTED**.

2.  The remaining pending motions (Docs. 10, 11) are **DISMISSED** as moot.

3.  The Clerk of Court is directed to **CLOSE** this case.

4.  Any appeal from this order is **DEEMED** frivolous and not taken in good faith. See 28 U.S.C. § 1915(a)(3).

BY THE COURT:

JUDGE JULIA K. MUNLEY
United States District Court